IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CH PROPERTIES, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-3859 |
| | § | |
| ASSURANCE COMPANY OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have advised of a potential settlement and asked for a 60-day abatement. The request is granted. By **September 30, 2011**, the parties must file dismissal papers or an explanation why they cannot do so. The motion to amend, (Docket Entry No. 20), is denied as moot.

SIGNED on July 29, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge